**Elmer BARLEY, Plaintiff—Appellant,**

v.

**Lieutenant COOK, Defendant— Appellee.**

**No. 05–6170.**

United States Court of Appeals, Fourth Circuit.

Submitted May 19, 2005.

Decided May 25, 2005.

Elmer Barley, Appellant pro se.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Elmer Barley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Barley v. Cook,* No. CA–05–17–2 (E.D.Va. Jan. 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*